DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM ARTHUR MAXWELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1432

[August 17, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312012CF001531A.

William Arthur Maxwell, Crawfordville, pro se.

No appearance required for appellee

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***